PETER L. ISOLA (SBN 144146)
pisola@hinshawlaw.com
PETER J. FELSENFELD (SBN 260433)
pfelsenfeld@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:     415-362-6000
Facsimile:     415-834-9070

Attorneys for Defendant METLIFE HOME LOANS LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RINO BAU, an individual, | Case No. 1:18-cv-01134-DAD-BAM |
| Plaintiff, | **ORDER ON DEFENDANT METLIFE HOME LOANS LLC'S EX PARTE APPLICATION FOR ORDER CONTINUING SCHEDULING CONFERENCE SET FOR NOVEMBER 20, 2018 AND ALL CONFERENCE RELATED FILING DEADLINES** |
| vs. | |
| METLIFE HOME LOANS, LLC, a business entity, and DOES 1 through 50, inclusive, | |
| Defendants. | DEPARTMENT: 5 |
| | JUDGE: Hon. Dale Drozd |
| | MAGISTRATE: Hon. Barbara A. McAuliffe |
| | |
| | Complaint Filed:  July 20, 2018 |
| | Removal Notice filed: 08/21/2018 |

On October 12, 2018, Defendant METLIFE HOME LOANS LLC, a business entity, by and through its attorneys of record, filed an *Ex Parte Application for Order Continuing Scheduling Conference Set for November 20, 2018 and All Conference Related Filing Deadlines* ("Application"). Plaintiff RINO BAU gave no notice of any objection or opposition to the Application.   Good cause appearing, Defendant's Application is GRANTED as follows:

1.	The Mandatory Scheduling Conference is continued from November 20, 2018, to Tuesday, **January 15, 2019, at 10:00 AM** in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe;

2.	The Joint Scheduling Report shall be electronically filed in CM/ECF at least one (1) full week prior to the Scheduling Conference, and no later than **January 8, 2019**; and

3.	The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866.**

IT IS SO ORDERED.

Dated:	**October 26, 2018**	/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

ORDER ON METLIFE'S EX PARTE APPLICATION FOR ORDER CONTINUING SCHEDULING CONFERENCE
Case No. 1:18-cv-01134-DAD-BAM